# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
June 26, 2018

Lyle W. Cayce
Clerk

No. 18-30099
Summary Calendar

D.C. Docket No. 2:17-CV-12838

VIKING CONSTRUCTION GROUP, L.L.C.; EDUCATIONAL ELECTRONICS CORPORATION; NOVO COMMUNICATIONS, L.L.C.; HAL COLLUMS CONSTRUCTION, L.L.C.; PERLE CONSTRUCTION GROUP, L.L.C.; TOM BRANIGHAN INCORPORATED,

Plaintiffs - Appellants

v.

SATTERFIELD AND PONTIKES CONSTRUCTION INCORPORATED; SATTERFIELD AND PONTIKES CONSTRUCTION GROUP, L.L.C.; CDW SERVICES, L.L.C.,

Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.